IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **HERBERT LEE WOOD,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 05-00578-CG-M |
| **PRISON HEALTH SERVICES, INC** et al, | : |
| | : |
| **Defendants.** | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's complaint be and is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 22nd day of January, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE